UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

SCHULTE BUILDING SYSTEMS, INC.
F/K/A SHULTE BUILDING SYSTEMS
LP

VERSUS

AA METALIC BUILDINGS
MANUFACTURES LLC.

CIVIL ACTION

NO. 07-209-JJB

## JUDGMENT

For written reasons assigned,

IT IS ORDERED, ADJUDGED AND DECREED that judgment be entered in favor of plaintiff Shulte Building Systems and against defendant AA Metalic Buildings Manufactures LLC, in the amount of $156,395.16, with prejudgment interest at the rate of 9.5%, totaling $16,552.44, together with attorney's fees in the amount of $21,993.50 and costs as provided by law.

Baton Rouge, Louisiana, May 8th, 2008.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA